IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2021 MAR 31  A 10: 33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**STEPHONE D. TAYLOR,**

    **Plaintiff,**

vs.                             CASE NO: **2:20-cv-942-WHA-JTA**

MONICA McCOY,

    Defendants,


**PLAINTIFF'S OBJECTION TO MAGISTRATE'S RECOMMENDATION**


    Plaintiff would respectfully file this **Objection to the Magistrate Judge's Recommendation to Dismiss this Case without Prejudice** for the following Reasons:

    #1. On **March 5th, 2021**, Plaintiff wrote and informed this Court that Plaintiff had been Transferred from Easterling to Ventress Correctional Facility.

    #2. It is through **NO** fault of the Plaintiff, that Plaintiff is **NOT** receiving his Legal Mail until 10-14 days later, as with the present Order, Plaintiff did not receive this Court's ORDER until March 26th, 2021.

    #3. Plaintiff should not be punished for complying with this Court's Order's, as there is no way that the Plaintiff should be held accountable for mail to the Court once the Plaintiff places Mail in the U.S. Mail Box at the prison in which he is housed.

**WHEREFORE**, premises considered, Plaintiff prays that this Honorable Court would thus, **GRANT** this Objection, and thus allow this Case to proceed.

DATED: March 26, 2021.          Respectfully Submitted,

*Stephone Taylor #AIS 185886*
STEPHONE D. TAYLORE
AIS # 185886   E1-42A
V.C.F.   379 Highway 239, N.
Clayton, Alabama   36016


### CERTIFICATE OF SERVICE

I hereby certify that on this the **26th day of March, 2021**, that I have placed a copy of the Plaintiff's Objection in the U.S. mail, with 1st Class Postage affixed and addressed too: **Clerk of the Court, United States District Court, Middle District of Alabama, 1 Church Street, Suite B-110, Montgomery, Alabama   36104-4018.**

*Stephone Taylor #AIS 185886*
STEPHONE D. TAYLOR

Vantress Corr. Fac.
Stephone Taylor #Ais 185886 E1-42A
379 AL Highway 239 North
Clayton AL, 36016

MONTGOMERY AL 360
Lagle MAIL
25 MAR 2021 PM 4 L



THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.

Office of the Clerk
United States District Court
Middle District of Alabama
1 Church Street, Suite
Montgomery, AL 36104-4018

36104-401801