IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2021 JUN 28 A 11:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

STEPHONE D. TAYLOR #185886
   PLAINTIFF

V.                        CIVIL ACTION NO. 2:20-CV-942-WHA

MONICA MCCOY, et. al.,
   DEFENDANTS

PLAINTIFF'S RESPONSE IN OBJECTION TO THE MAGISTRATE
JUDGE'S ORDER OF 25 MAY 2021

COMES NOW STEPHONE D. TAYLOR, AS PRO-SE IN THE ABOVE STYLED CAUSE, AND FILES THIS MOTION OF OBJECTION, DUE TO THE FOLLOWING:

1) PLAINTIFF NEVER RESPONDED TO THE RESPONSE FILED BY THE DEFENDANTS DUE TO THE FACT THE STATE NEVER SENT A COPY TO THE PLAINTIFF TO RESPOND TO.

2) THIS HONORABLE COURT SHOULD RECALL IT'S ORDER OF MAY 25TH, 2021, DUE TO THE FACTS, AND ORDER THE DEFENDANTS TO SEND THE PLAINTIFF A

COPY OF THEIR RESPONSE..

3) THE DEFENDANTS DO HAVE A FULL RESPONSIBILITY UNDER THE LAW TO SEND EACH PARTY A COPY OF ANY RESPONSE DUE TO THE PLAINTIFF, SO THAT THE PLAINTIFF HAS AN OPPORTUNITY TO OBJECT TO THEIR RESPONSE, AND UNDER THE LAW BY THEM FAILING TO DO SO THEY HAVE GONE AGAINST THE RULES OF CIVIL PROCEDURES AND THEREFORE THE COURT SHOULD, BY LAW, GRANT THE PLAINTIFF HIS RELIEF SOUGHT, DUE TO THE FACTS THAT THE DEFENDANTS WERE NOT IN COMPLIANCE WITH THIS COURT ORDER THAT STATED THAT EACH PARTY SHALL BE SERVED A COPY OF THE COMPLAINT AND OBJECTION THAT'S FILED BY THE PARTIES, AND THE DEFENDANTS HAVE FAILED TO FOLLOW THE RULES OF THE FEDERAL CIVIL PROCEDURE THAT THIS COURT HAS THE OBLIGATION TO UPHOLD..

WHEREFORE, THE PLAINTIFF SHOULD BE GRANTED HIS RELIEF SOUGHT IN THIS MATTER, DUE TO THE FACTS THAT THE DEFENDANTS HAVE ABANDONED THE RULES OF NOTICE, FOR NOT SENDING THE PLAINTIFF A COPY OF WHATEVER THEY HAVE SENT TO THE COURT..

# CERTIFICATE OF SERVICE

I, STEPHONE D. TAYLOR, AIS #185886 DO HEREBY CERTIFY THAT I HAVE SERVED THE FOREGOING UPON THE DISTRICT COURT CLERK, BY PLACING A TRUE COPY IN THE U.S. MAIL, POSTAGE PRE-PAID, AND PROPERLY ADDRESSED AS BELOW. I HAVE ALSO SERVED THE DEFENDANTS ATTORNEY A TRUE COPY OF THE SAME, BY PLACING THEIRS IN THE U.S. MAIL, POSTAGE PRE-PAID, AND PROPERLY ADDRESSED AS BELOW.

DONE THIS THE 21st DAY OF JUNE, 2021.

1) OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
1 CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104-4018

/s/ Stephone Taylor 185886
AIS #185886
VENTRESS CORR. FACILITY
379 HIGHWAY 239 NORTH
CLAYTON, AL 36016

2) BART HARMON ATTORNEY
AL. DEPT. OF CORRECTIONS
LEGAL DIVISION
301 RIPLEY STREET
P.O. BOX 301501
MONTGOMERY, AL 36130-1501

TEPHONE D. TAYLOR
185886, E4-38B
379 HIGHWAY 239 N
CLAYTON, AL 36016

MONTGOMERY AL 360

25 JUN 2021 PM 3 L



THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE
CONTENTS HAVE NOT PEEN EVALUATED,
AND THE ALABAMA DEPARTMENT OF
CORRECTIONS IS NOT RESPONSIBLE FOR
THE SUBSTANCE OR CONTENT OF THE
ENCLOSED COMMUNICATION.

36104-401801

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
1 CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104-4018