IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHONE D. TAYLOR, AIS #185886, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:20-cv-942-ECM |
| | ) |
| MONICA MCCOY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On August 24, 2023, the Magistrate Judge entered a Recommendation (doc. 44) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 44) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to provide a correct address or otherwise comply with the Orders of this Court.

A separate Final Judgment will be entered.

DONE this 18th day of October, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE